■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE ASKEW, Appellant. [598 NYS2d 484] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered October 4, 1990, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him as a predicate felony offender to a term of 5 to 10 years, unanimously affirmed.

Defendant, standing on a street corner, directed the undercover officer to follow him for a purchase of cocaine. After a walk of 2 or 3 blocks, the officer was directed to wait while defendant got a glassine of cocaine from co-defendant. Defendant then handed the glassine to the officer in exchange for

the buy money. Viewing the evidence in a light most favorable to the People, and giving due deference to the jury's findings of credibility, under the standards set forth in *People v Bleakley* (69 NY2d 490, 494-495), defendant's guilt was proved beyond a reasonable doubt by overwhelming evidence. The jury was free to reject defendant's testimony offered in support of his agency defense. The People disproved that defense beyond a reasonable doubt under the standards set forth in *People v Roche* (45 NY2d 78, *cert denied* 439 US 958), *People v Argibay* (45 NY2d 45, *cert denied sub nom. Hahn-DiGuiseppe v New York,* 439 US 930) and *People v Lam Lek Chong* (45 NY2d 64, *cert denied* 439 US 935). We find no error in the court's ruling allowing introduction of evidence that defendant had been convicted of a prior drug sale. It is well settled that such evidence is admissible to rebut a claimed agency defense, and the court here furnished proper limiting instructions *(People v Monahan,* 114 AD2d 380).

We have considered defendant's remaining contentions and find them to be either unpreserved, or without merit. Concur —Murphy, P. J., Sullivan, Carro, Kupferman and Rubin, JJ.